KWAI FUN WONG; Wu–Wei Tien Tao Association, Plaintiffs–Appellants,

v.

David V. BEEBE, a former Immigration and Naturalization Service (n.k.a. Department of Homeland Security) Official; United States of America, Defendants–Appellees.

No. 10–36136.

United States Court of Appeals, Ninth Circuit.

July 13, 2015.

Beth Creighton, Creighton & Rose, PC, Thomas Martin Steenson, Tom Steenson, Portland, OR, for Plaintiffs–Appellants.

James George Bartolotto, Anne Murphy, Barbara L. Herwig, U.S. Department of Justice, Washington, DC, Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, R. Joseph Sher, Assistant U.S., United States Attorney, Alexandria, VA, for Defendants–Appellees.

Before: ALEX KOZINSKI, HARRY PREGERSON, A. WALLACE TASHIMA, M. MARGARET MCKEOWN, WILLIAM A. FLETCHER, MARSHA S. BERZON, RICHARD R. CLIFTON, JAY S. BYBEE, CARLOS T. BEA, MILAN D. SMITH, JR. and MARY H. MURGUIA, Circuit Judges.

### ORDER

In light of the Supreme Court's opinion affirming the judgment of this court and remanding for further proceedings, *see United States v. Kwai Fun Wong,* —— U.S. ——, 135 S.Ct. 1625, 191 L.Ed.2d 533 (2015), we in turn **REMAND** this case to

the district court for further proceedings consistent with the opinions of this court and the Supreme Court.